## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **3:13-CR-0172** |
| | | **(JUDGE MANNION)** |
| **BRIAN HEWSON,** | **:** | |
| **Defendant** | **:** | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)**   the defendant's motion for modification of sentence pursuant 18 U.S.C. §3582(c)(2) based on Amendment 791 to the Guidelines, (Doc. 45), is **DENIED**; and

**(2)**   the defendant's sentence of 70 months imprisonment remains in effect.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 14, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2013 CRIMINAL MEMORANDA\13-0172-01-ORDER.wpd